IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LUCIANA CHAPMAN**                                                   **PLAINTIFF**

**VS.**                      **CASE NO. 3:10CV00047 HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                            **DEFENDANT**

**ORDER**

The defendant's motion for additional time in which to file his appeal brief (docket entry no. 12) is granted, and he is directed to submit his appeal brief on or before August 16, 2010.

IT IS SO ORDERED this   27   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE